MORGAN, LEWIS & BOCKIUS LLP
BARBARA A. FITZGERALD, SBN 151038
bfitzgerald@morganlewis.com
SALVATORE PICARIELLO, SBN 190442
spicariello@morganlewis.com
KATHRYN T. McGUIGAN, SBN 232112
kmcguigan@morganlewis.com
300 South Grand Avenue, 22nd Fl.
Los Angeles, CA  90071-3132
Tel:  213.612.2500 / Fax:  213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
PAULO B. MCKEEBY, (*Pro Hac Vice App. Pending*)
pmckeeby@morganlewis.com
1717 Main Street, Suite 3200
Dallas, TX  75201-7347

Attorneys for Defendants
INSPHERE INSURANCE SOLUTIONS, INC.;
HEALTHMARKETS INC.; THE BLACKSTONE GROUP L.P.; GOLDMAN SACHS CAPITAL PARTNERS; DLJ MERCHANT BANKING PARTNERS; KATHERINE FEENY; KENNETH FASOLA;  AND KENT SCHOOLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG UMAMOTO and SHIRLEY UMAMOTO,<br>　　　　　　　Plaintiffs,<br>vs.<br>INSPHERE INSURANCE SOLUTIONS, INC.; HEALTHMARKETS INC.; THE BLACKSTONE GROUP L.P.; GOLDMAN SACHS CAPITAL PARTNERS; DLJ MERCHANT BANKING PARTNERS; KATHERINE FEENY; KENNETH FASOLA; KENT SCHOOLER; and DOES 1-50, inclusive,<br>　　　　　　　Defendants | Case No. 5:13-cv-00475-LHK<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Los Angeles

ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*

DB1/ 73111938.1

1  IT IS HEREBY ORDERED THAT the application of Paulo B. McKeeby is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designed in the application will constitute notice to the party.

Dated: February 13, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Judge