**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREG UMAMOTO and SHIRLEY UMAMOTO,<br><br>              Plaintiffs,<br><br>     vs.<br><br>INSPHERE INSURANCE SOLUTIONS, INC.; HEALTHMARKETS INC.; THE BLACKSTONE GROUP L.P.; GOLDMAN SACHS CAPITAL PARTNERS; DLJ MERCHANT BANKING PARTNERS; KATHERINE FEENY; KENNETH FASOLA; KENT SCHOOLER; and DOES 1-50, inclusive,<br><br>              Defendants. | Case No.: 13-CV-0475-LHK<br><br>ORDER EXTENDING TIME TO ANSWER |

Plaintiffs filed this action in Santa Clara County Superior Court on October 17, 2012. Plaintiffs filed a First Amended Complaint on November 29, 2012. Defendant Insphere Insurance Solutions, Inc. filed an answer to Plaintiffs' First Amended Complaint in Santa Clara County Superior Court on January 30, 2013. On February, 4, 2013, this action was removed to the instant Court. The parties have submitted a stipulation requesting that Defendant Insphere Insurance Solutions, Inc. ("Insphere") be permitted to file an Amended Answer to the FAC by March 7, 2013. *See* ECF No. 15. The Court hereby GRANTS the parties' request. Insphere may file an Amended Answer by March 7, 2013.

1

Case No.: 13-CV-0475-LHK
ORDER EXTENDING TIME TO ANSWER

**IT IS SO ORDERED.**

Dated: February 28, 2013

_____
LUCY H. KOH
United States District Judge