**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREG UMAMOTO and SHIRLEY UMAMOTO,<br><br>Plaintiffs,<br><br>vs.<br><br>INSPHERE INSURANCE SOLUTIONS, INC.; HEALTHMARKETS INC.; THE BLACKSTONE GROUP L.P.; GOLDMAN SACHS CAPITAL PARTNERS; DLJ MERCHANT BANKING PARTNERS; KATHERINE FEENY; KENNETH FASOLA;KENT SCHOOLER;and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 13-CV-0475-LHK<br><br>ORDER DENYING MOTION TO SHORTEN TIME |

Plaintiffs have filed a motion requesting that the Court advance the hearing date on Plaintiff's motion to remand from August 29, 2013 to an earlier date. *See* ECF No. 26. Unfortunately, the Court has no available earlier hearing dates. Accordingly, Plaintiff's motion is DENIED.

**IT IS SO ORDERED.**

Dated: April 1, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-0475-LHK
ORDER EXTENDING TIME TO ANSWER