1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GREG UMAMOTO and SHIRLEY UMAMOTO, | ) ) ) | Case No.: 13-CV-0475-LHK |
| Plaintiffs, | ) ) | ORDER DENYING MOTION TO RELATE CASES |
| vs. | ) ) ) | |
| INSPHERE INSURANCE SOLUTIONS, INC.; HEALTHMARKETS INC.; THE BLACKSTONE GROUP L.P.;  GOLDMAN SACHS CAPITAL PARTNERS; DLJ MERCHANT BANKING PARTNERS; KATHERINE FEENY; KENNETH FASOLA;KENT SCHOOLER;and DOES 1-50, inclusive, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Defendants have filed a motion requesting that the Court relate the instant case to *Borgman v. Insphere Insurance Solutions, Inc.*, Case No. 5:11-CV-05638-CRB ("*Borgman I*").  *See* ECF No. 13-475.  *Borgman I* was filed earlier than the instant case.  Moreover, there appears to be another earlier-filed, potentially related matter styled *Borgman v. Insephere Insurance Solutions, Inc.*, Case No. 12-CV-06352-EJD ("*Borgman II*").  Local 3-12(b) states that a motion to relate must be filed "in the earliest-filed case."  Thus, Defendants should have filed their motion to relate in *Borgman I* or *Borgman II*.  Accordingly, Defendants' motion is DENIED.

United States District Court
For the Northern District of California

1    **IT IS SO ORDERED.**

2    Dated: April 1, 2013

3                                                          _Lucy H. Koh_____
                                                          LUCY H. KOH
                                                          United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 13-CV-0475-LHK
ORDER DENYING MOTION TO RELATE CASES