UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREG UMAMOTO and SHIRLEY UMAMOTO, <br><br> Plaintiffs, <br><br> vs. <br><br> INSPHERE INSURANCE SOLUTIONS, INC.; HEALTHMARKETS INC.; THE BLACKSTONE GROUP L.P.; GOLDMAN SACHS CAPITAL PARTNERS; DLJ MERCHANT BANKING PARTNERS; KATHERINE FEENY; KENNETH FASOLA;KENT SCHOOLER;and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: 13-CV-0475-LHK <br><br> ORDER DENYING MOTION TO RELATE CASES |

Defendants have filed a motion requesting that the Court relate the instant case to *Borgman v. Insphere Insurance Solutions, Inc.*, Case No. 5:11-CV-05638-CRB ("*Borgman I*"). *See* ECF No. 13-475. *Borgman I* was filed earlier than the instant case. Moreover, there appears to be another earlier-filed, potentially related matter styled *Borgman v. Inspehere Insurance Solutions, Inc.*, Case No. 12-CV-06352-EJD ("*Borgman II*"). Local 3-12(b) states that a motion to relate must be filed "in the earliest-filed case." Thus, Defendants should have filed their motion to relate in *Borgman I* or *Borgman II*. Accordingly, Defendants' motion is DENIED.

1

Case No.: 13-CV-0475-LHK
ORDER DENYING MOTION TO RELATE CASES

1  **IT IS SO ORDERED.**

2  Dated: April 1, 2013

                                                        _____
3                                                       LUCY H. KOH
                                                        United States District Judge

2

Case No.: 13-CV-0475-LHK
ORDER DENYING MOTION TO RELATE CASES